```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )   NO. CR-06-2121-RHW-1
                               )
     v.                        )   ORDER GRANTING DEFENDANT'S
                               )   MOTION TO MODIFY CONDITIONS
                               )   OF RELEASE
                               )   (Ct. Rec. 221)
PEDRO SILVA CHIPREZ,           )
                               )
                  Defendant.   )
_____)
```

On October 2, 2006, this court held a bail review hearing. Shawn Anderson, Esq., appeared for the government. Defendant was present with CJA counsel Todd Harms, Esq. Interpreter Kenneth Barger was also present.

The Defendant **moved** to reduce bail to $50,000 stating that defendant is unable to secure the $90,000 corporate security bond previously ordered. The defendant informed the Court that he has diabetes and needs to receive kidney dialysis three times per week.

The government did not object to a reduction of the defendant's bail.

The Court **granted** defendant's motion to modify conditions of release. **(Ct. Rec. 221)**

**IT IS ORDERED**:

1. That defendant's bail is reduced to a $50,000 corporate surety bond.

2. That defendant shall sign a medical release to allow U.S. Probation access to his medical records.

ORDER GRANTING DEFENDANT'S MOTION
 TO MODIFY CONDITIONS OF RELEASE - 1


3.   All previous conditions imposed in this Court's Order Setting Conditions of Release dated July 25, 2006, shall remain in full force and effect.

DATED this 2nd day of October, 2006.

                                                s/Michael W. Leavitt
                                      United States Magistrate Judge