UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO SILVA CHIPREZ and SAMUEL SILVA CHIPREZ,<br><br>Defendants. | NOS. CR-06-2121-RHW-1<br>CR-06-2121-RHW-4<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Before the Court is Defendant Samuel Silva Chiprez's Motion to Modify Conditions of Release (Ct. Rec. 535). Defendant asks the Court to modify his conditions of release so that he may associate with his brother, Defendant Pedro Silva Chiprez. U.S. Probation informs the Court that it has no objection to this request. The Government has filed a response indicating that it has no objection, and suggesting that the Court similarly modify Defendant Pedro Silva Chiprez's conditions of release (Ct. Rec. 537).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Samuel Silva Chiprez's Motion to Modify Conditions of Release (Ct. Rec. 535) is **GRANTED**.

2. The pretrial release conditions for Defendant Samuel Silva Chiprez (Ct. Rec. 96) are amended as follows:

> 12. The defendant shall have no contact with any individuals named or referred to in this indictment, either directly or indirectly, except that the defendant may have contact with his brother, Defendant Pedro Silva

**ORDER MODIFYING CONDITIONS OF RELEASE**\* 1

Chiprez.

3. The pretrial release conditions for Defendant Pedro Silva Chiprez (Ct. Rec. 86) are amended as follows:

    10. The defendant shall have no contact with any individuals named or referred to in this indictment, either directly or indirectly, except that the defendant may have contact with his brother, Defendant Samuel Silva Chiprez.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel and U.S. Probation.

**DATED** this 23rd day of December, 2008.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\06-2121 (Chiprez)\modify.conditions.ord.wpd

**ORDER MODIFYING CONDITIONS OF RELEASE** * 2