1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEDRO SILVA CHIPREZ,

Defendant.

NO.  CR-06-2121-RHW-1

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Defendant's Motion to Dismiss Case (Ct. Rec. 978), filed by Defendant himself, despite the fact that he is currently represented by counsel. As the Court has previously informed Defendant, the Court can only consider motions filed through counsel. The motion is therefore denied, with leave to renew through counsel.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Case (Ct. Rec. 978) is **DENIED** with leave to renew through counsel.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of December, 2010.

_s/Robert H. Whaley_
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2006\06-2121 (Chiprez)\1 Pedro_Silva_Chiprez\denydismiss.ord.wpd

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** * 1